CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )
            vs.                       )         Criminal Case No.: 25-90 (RC)
                                      )
MAURO ALBERTO NUNEZ OJEDA,            )
also known as  "Jondo,"              )
                                      )

## WAIVER OF TRIAL BY JURY

    With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

*Mauro Alberto nuñez ojeda*
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____          Date: 4/9/2026
Rudolph Contreras

United States District Judge